STATE *v.* L. & M. CONSTRUCTION COMPANY et al.

No. 41832 April 24, 1961 129 So. 2d 391

*W. E. Wilroy, Walker & Franks,* Hernando, for appellant.

*Rosenfield, Borod, Fones & Bogatin,* Memphis, Tenn., for appellees.

McElroy, J.

This is an appeal from the Circuit Court of DeSoto County holding that the L. & M. Construction Company,

a partnership, was not subject to taxation on certain personal property in DeSoto County, Mississippi.

This Company is a non-resident domiciled in the State of Tennessee, and the facts are comparable with those of No. 41-831, The State of Mississippi v. Dixie Contractors, Inc., this day decided, and the decision therein is controlling in this case.

Affirmed.

*Lee, P. J.,* and *Arrington, Ethridge* and *Rodgers, JJ.,* concur.